# ECONOMIC POLICE DEPARTMENT
## of Central Criminal Police Department
## of State Police
## of the Ministry of Interior of the Republic of Latvia

Brivibas str.61, Riga, LV-1010, fax: 371 7208663, phone: 371 7208709, e-mail: epb@vp.gov.lv

Riga

To the competent law enforcement authorities
of the United States of America

Letter rogatory
in criminal case 1816002403

Economic Police Department of Central Criminal Police Department of State police of the Ministry of Interior of the Republic of Latvia expresses its appreciation and requesting legal assistance in a criminal case No. 1816002403.

The criminal case No.1816002403 was initiated on March 20, 2003 in accordance with part 1 of article 190 and part 2 of article 15 of Criminal Law for attempt to smuggle pastry-work.

**Article 190 Smuggling**

(1) For a person who commits the moving of goods or other valuable property across the customs border of the Republic of Latvia, by avoiding customs control or concealing goods or other valuable property from such control, by using false customs or other documents, or in any other unlawful way (smuggling), if such is committed on a large scale,

the applicable sentence is deprivation of liberty for a term not exceeding five years, or arrest or a fine not exceeding one hundred and twenty times the minimum monthly wage, with or without confiscation of property.

(2) For a person who commits the same acts, where committed in a group of persons pursuant to prior agreement,

the applicable sentence is deprivation of liberty for a term of not exceeding eight years, of a fine not exceeding eighty times the minimum monthly wage with or without confiscation of property.

(3) For a person who commits smuggling, where committed in an organised group, or who commits smuggling of powerfully acting, poisonous or radioactive substances, goods or other valuable property of strategic significance, explosive substances, firearms, ammunition, gas pistols (revolvers) or cartridges for such, or gas cylinders filled with noxious substances, or special devices containing toxic or powerfully acting substances,

the applicable sentence is deprivation of liberty for a term not exceeding ten years, with confiscation of property.

In the process of pre-trial investigation it was found out that on 12.02.2003. an employee of SIA "SIREMO" N.Jasjukevičs in a car VOLVO (registration number CU 4041) and trailer (registration number F 3152) smuggled from Lithuania to Latvia via Customs point Grenctāle pastry-work of Polish origin that was arrested on 18.02.2003. in Riga Commercial Port at SIA "ROKO" after the attempt to present it to customs clearance procedure with falsified commodity code 19059090 and diminished customs value.

In attendant documents it is stated that manufacturer of pastry-work is P.P.H.Kovis sp.z.o.o., ui. Weterynaryjna 44 08-130 Kotun k/Siedlec, Poland, sender is offshore company "Brent LLC", 15 East North Street, Dover, Delaware, 19901, USA but the consignee is Latvian company "AVS Grupa", Pētersalas str.18a, Riga.

In accordance with information received from Lithuania the Lithuanian citizen Jevgēnijs Prasauskas carried out customs clearance procedures in Lithuania acting on the basis of authorisation issued by "Brent LLC".

In accordance with all above stated and in order to effectively, comprehensively and objectively investigate this criminal case we would ask you to carry out the following investigative activities on the territory of USA:

1. To find out whether the company "Brent LLC" is registered in USA under address 15 East North Street, Dover, Delaware, 19901, USA and if yes, then what are the activities of the company? Whether the cargo of pastry-work, that was received by P.P.H.Kovis sp.z.o.o., ui. Weterynaryjna 44 08-130 Kotun Polska according to the invoice No.26/E/2003 and attendant documents, is indicated in accountancy documentation of 2003. Whether there is a contract with the mentioned Polish company and who is responsible for the activities of the company (please enclose copies of company registration documents)?

2. Whether the company director is Pilla Unikrishan and if yes, then interrogate him or other official of "Brent LLC" as a witness (warning about the liability for false testimony and asking a person to sign a testimony protocol) asking the following questions:

- whether the company authorised Jevgēnijs Prasauskas to represent "Brent LLC" in Lithuania and if yes, then when, under what circumstances and who in the company agreed with J.Prasauskas on cooperation issues;

- whether on 22.08.2001. a contract No. 01/08 between USA company "Brent LLC" and Latvian company SIA "AVS Grupa" was signed and if yes, then interrogate official of "Brent LLC" about who, how and with whom signed this contract (please enclose a copy of the contract);

- whether "Brent LLC" received any payments from "AVS Grupa" for the pastry-work and if yes, then when and via which bank (please enclose bank printout about payment); what was the value of the cargo and its initial name;

- whether the order to sell the cargo was given to "AVS Grupa";

- whether it is possible to authorise a person to represent "Brent LLC" to testify in this criminal case in Latvia law enforcement authorities;

- please enclose certified copies of all available documents related to the consignment of the cargo, sale and payment conditions.

We hope to receive you legal assistance in this criminal case and beforehand thank you for your cooperation.

In annex: copies of the documents on 11 pages.

Yours sincerely,

Acting head                                                                G.Gudermanis