

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

*Nemours Building*  *(302) 573-6277*
*1007 Orange Street, Suite 700*  *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

April 20, 2005

The Honorable Kent A. Jordan
United States District Court Judge
United States District Court
844 King Street
Wilmington, Delaware 19801

    Re: **In Re Letter of Request From Latvia**
         **Miscellaneous No. 05-66-KAJ**

Dear Judge Jordan:

    Enclosed please find a revised proposed Order in the above-captioned matter. I regret the errors in the previous proposed Order. If there is anything further that I can do, I am available at the Court's convenience.

                    Respectfully submitted,

                    COLM F. CONNOLLY
                    United States Attorney


              By: /s/ Richard G. Andrews
                    Richard G. Andrews
                    First Assistant United States Attorney

Enclosure